IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV. S-06-0544-FCD-PAN(JFM)-PS

    v.

UNITED STATES GOVERNMENT,        ORDER

        Defendant.
_____/

        This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On March 22, 2006, Judge Moulds recommended that plaintiff's action be dismissed.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 22, 2006, are adopted in full; and

2. This action is dismissed.

DATED: June 8, 2006.

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

2